UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA RENNE DOLERA,<br>　　　　Plaintiff,<br>　　v.<br>J. AINSWORTH, et al.,<br>　　　　Defendants. | Case No. 23-cv-05247-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Joshua Renne Dolera has not complied with Judge Nathanael Cousins's instructions to file an amended pleading by March 28, 2024. (Order of Dismissal, Dkt. No. 10 at 4.) Accordingly, this federal civil rights action is DISMISSED without prejudice for failure to state a claim for relief and for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Dolera may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) contain an amended complaint that complies with the instructions in the order dismissing the complaint with leave to amend.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** April 24, 2024



WILLIAM H. ORRICK
United States District Judge